```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER
                                       19 Cr. 781 (PKC)
           - v -                  :

Elizabeth McKinney-Kiper          :
AKA Elizabeth Kiper               :

                Defendant.        :
----------------------------------x
```

Upon the application of **Elizabeth Kiper**, by her attorney, **Jonathan Marvinny, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Elizabeth Kiper with funds to cover the cost of transportation between Houston, Texas (George Bush Intercontinental Airport) and New York, New York, for Ms. Kiper's court appearance, scheduled for Monday, January 13, 2020 at 3:00 PM, to arrive no later than 8:30 AM and leave no earlier than 6:30 PM that same day; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York            SO ORDERED:
        January 6, 2020

                                      _____
                                      HONORABLE P. Kevin Castel
                                      United States District Judge