# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 9, 2020

**VIA ECF**
Honorable P. Kevin Castel
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Elizabeth McKinney-Kiper (AKA Elizabeth Kiper),**
      **19 Cr. 781 (PKC)**

Dear Judge Castel:

I write to respectfully request that the Court endorse this letter to modify the previously issued January 6, 2020 travel order to permit Ms. McKinney-Kiper's flight to arrive "in time for her court appearance at 3:00 p.m. on January 13, 2020." Unfortunately, the Marshals have informed me that there were no flights available to have her arrive by 8:30 a.m., as required by the original order, so we are asking for the above modification.

Respectfully submitted,

/s/
Jonathan Marvinny
Assistant Federal Defender
(212) 417-8792

cc:   AUSA Tara Marie La Morte (via ECF)

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

1-9-20