UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        S1 19 CR 781 (PKC)

        -against-                                         ORDER

ELIZABETH McKINNEY-KIPER,

                    Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Sentencing scheduled for April 16, 2024 is adjourned to April 30, 2024 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
           March 22, 2024