UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------

UNITED STATES OF AMERICA           :    **TRANSPORTATION ORDER**
                                        19 Cr. 781 (PKC)
          - v -                    :

Elizabeth McKinney-Kiper           :
AKA Elizabeth Kiper                :

               Defendant.          :

----------------------------------x

Upon the application of **Elizabeth Kiper**, by her attorney, **Jonathan Marvinny, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Elizabeth Kiper with funds to cover the cost of transportation between Houston, Texas (George Bush Intercontinental Airport) and New York, New York, for Ms. Kiper's court appearance, scheduled for Tuesday, April 30, 2024 at 2:00 PM, to arrive in New York between 6:00 AM and 9:00 AM; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York              SO ORDERED:
       April  22 , 2024

                                       _____
                                       P. Kevin Castel
                                       United States District Judge